## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Joseph Schneider,                                     :

                         Appellant    :

                                      :

      v.                                               :

                                        :

Commonwealth of Pennsylvania,        :
Department of Transportation,              :
Bureau of Driver Licensing                   :          No. 1952 C.D. 2014

## **O R D E R**

NOW, September 11, 2015, having considered appellant's application for reargument *en banc*, the application is denied.

 

 

DAN PELLEGRINI,
President Judge